THE UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WALLACE G. DOWDEN,<br><br>                    Plaintiff,<br>      v.<br><br>CAPTAINS PRIDE, Official No. 951152, its Engines, Machinery, Appurtenances, etc., *In Rem*;<br><br>and<br><br>DANNY L. SIMPSON, SR. AND MICHAEL A. SIMPSON, *In Personam*,<br><br>                    Defendants. | IN ADMIRALTY<br><br>Case No. C16-1289RSM<br><br>ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT |

Upon the motion of Plaintiff and after the review of the record and files herein, and finding that probable cause for arrest exists, it is

ORDERED that the clerk shall issue a warrant for the arrest of the defendant vessel CAPTAINS PRIDE, Official No. 951152, its engines, machinery, appurtenances, etc.

ORDER AUTHORIZING ISSUANCE OF
ARREST WARRANT - 1
Case No.

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DATED this 16 day of August 2016.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

       s/ John E. Casperson
John E. Casperson, WSBA #14292
Eric Siebert, WSBA #49994
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:  (206) 292-8008
Facsimile:  (206) 340-0289
Email:  jcasperson@hwb-law.com
Email:  hcook@hwb-law.com
Attorneys for Plaintiff

G:\827\16583 - JEC\CAPTAINS PRIDE\Prop Order.Arrest Warrant.doc

ORDER AUTHORIZING ISSUANCE OF
ARREST WARRANT - 2
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289