1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

THE UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

WALLACE G. DOWDEN,

                                        Plaintiff,

            v.

CAPTAINS PRIDE, Official No. 951152, its
Engines, Machinery, Appurtenances, etc.,
*In Rem*;

and

DANNY L. SIMPSON, SR. AND MICHAEL A.
SIMPSON, *In Personam*,

                                        Defendants.

IN ADMIRALTY

Case No.:  C16-1289RSM

ORDER APPOINTING
SUBSTITUTE CUSTODIAN, AND
FOR BOARDING AND
INSPECTION

        Plaintiff, Wallace G. Dowden, by and through his attorney, Holmes Weddle, &

Barcott, PC, having appeared, now makes the following recitals:

        1.        On August 16, 2016, a complaint herein was filed praying that the Court

decree  payment due by the in personam Defendants and the vessel, CAPTAINS PRIDE,

Official No. 951152, its engines, machinery, and appurtenances, etc. ("Vessel"), the sum

of $45,109,04.00 in principal and interest subject to adjustment, through August 12,

2016, and daily interest thereafter in the amount of $6.40 until the time of judgment and

thereafter until paid; reasonable attorneys' fees; and the costs of this action including

ORDER SUBSTITUTE CUSTODIAN
AND FOR BOARDING AND INSPECTION
- 1
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

charges for all fees for keepers and their costs incurred in this action and for all expenses for the sale of the Vessel.

2.      In the immediate future, the Clerk of this Court is expected to issue a warrant for arrest of the Vessel, commanding Marine Lenders Services, LLC to arrest and take into custody the Vessel and to detain the same in its custody until further order of this Court respecting same.

3.      It is contemplated that Marine Lenders Services, LLC will seize the Vessel forthwith.  Custody by Marine Lenders Services, LLC requires that the substitute custodian has access to adequate facilities and supervision for and can safely keep the same in place of the United States Marshal during the pendency of suit herein and until further Order of the Court.  In this regard the substitute custodian will provide legal liability insurance and perform the normal and customary custodial services for said vessel, including attending mooring lines, bilge pumping as necessary, and providing locks and security, during their custodianship at a charge of $350.00 a month, one month minimum for the Vessel.  An additional fee of $458.00 will be charged for substitute custodian legal liability insurance.  There will be an arrest fee not to exceed $1600.00 plus expenses.  If not paid directly by Wallace G. Dowden, a moorage fee will be charged at the rate charged at its arrested location.  The total charge for said services will be less than those charged by the United States Marshal for providing such services through professional keepers.

4.      The Vessel is believed to be currently located at the Tulalip Marina in Marysville, Washington.  Plaintiff is agreeable to allow Buck Fowler, managing member of Marine Lender Services, LLC, act as its custodian until further order of this Court.

ORDER SUBSTITUTE CUSTODIAN
AND FOR BOARDING AND INSPECTION
- 2
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5.      Mr. Fowler, by certification submitted herewith and made a part hereof, avers that he can supervise the defendant Vessel and accepts, in accordance with the terms of this order, possession of the defendant Vessel, its engines, machinery, and appurtenances, etc., which is the subject of the action herein.

6.      In consideration of the appointment of Mr. Fowler as substitute custodian, Plaintiff agrees to release the United States and the United State Marshal from any and all liability and responsibility arising out of care and custody of the Vessel, from the time the United State Marshal transfers possession of the Vessel over to said substitute custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the United State Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

THEREFORE, IT IS ORDERED that the United States Marshal for the Western District of Washington is authorized, upon seizure of the Vessel, pursuant to Warrant for Arrest, to surrender the possession thereof to Mr. Fowler as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims whatsoever arising out of said custodial services.

IT IS FURTHER ORDERED that Mr. Fowler is hereby appointed custodian of the Vessel and shall retain the Vessel in his custody for possession and safekeeping until further order of the Court.  All costs for such safekeeping shall be paid by Plaintiff, and may, upon further order of this Court, be deemed administrative costs herein.

IT IS FURTHER ORDERED that the substitute custodian may permit boarding and inspection of the Vessel by marine surveyors, Plaintiff, and prospective purchasers in order to protect and preserve the Vessel and to determine the Vessel's condition and

ORDER SUBSTITUTE CUSTODIAN
AND FOR BOARDING AND INSPECTION
- 3
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

value.  All costs of such boardings and inspections shall be paid by Plaintiff and may, upon further order of this Court, be deemed administrative costs herein.  All persons entering on board the Vessel shall execute a waiver and release in the form attached hereto.

IT IS FURTHER ORDERED that Plaintiff's attorney serve a copy of this order on the owner of the Vessel.

It is further requested that the Clerk of this Court deliver three certified copies of this order to the Unites States Marshal forthwith.

DATED this 16 day of August, 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

HOLMES WEDDLE & BARCOTT, P.C.

        s/ John E. Casperson
John E. Casperson, WSBA #14292
Heather C. Cook, WSBA #48487
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:(206) 292-8008
Facsimile:(206) 340-0289
Email:  jcasperson@hwb-law.com
Email:  hcook@hwb-law.com
Attorneys for Plaintiff

ORDER SUBSTITUTE CUSTODIAN
AND FOR BOARDING AND INSPECTION
- 4
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289